IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITY NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3127 |
| | ) | |
| V. | ) | |
| | ) | |
| ASSOCIATED MILK PRODUCERS, INC., | ) | PROTECTIVE ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the joint motion of the parties, (filing no. 26), the Court orders as follows:

Pursuant to Federal Rule of Evidence 502(d), any privilege or protection shall not be waived by inadvertent disclosure connected with this litigation. More specifically, if any documents, records, and/or data are disclosed to another party which either the disclosing party or receiving party believe may contain information that is protected by attorney-client or work product protection/privileges, the receiving party shall promptly return such documents to the disclosing party. Such documents will not lose the privilege and/or protection attached thereto by the mere fact such documents were inadvertently disclosed, and the parties do not waive their right to dispute the underlying claim of privilege or work-product protection. If a receiving party disputes or believes it might dispute the claim of privilege or protection, the receiving party may retain a copy of the document, record or data to evaluate such claim of privilege, and the parties shall cooperate to obtain the Court's decision regarding such claim of privilege or protection. In any Court filings regarding such claim of privilege or protection, the parties shall take reasonable steps to ensure that the document(s) are not viewable other than by the Court (and its personnel) and the parties (and their attorneys and personnel).

DATED this 31st day of January, 2011.

BY THE COURT:

*S/ Cheryl R. Zwart*

United States Magistrate Judge